1
2
3
4
5
6

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

7

8

MARLENA BARTON, an individual

Plaintiff(s),

vs.

WALMART, INC., SUNBEAM
PRODUCTS, INC., NEWELL BRANDS,
INC., NEWELL BRANDS DISTRIBUTIO

Defendant(s).

Case #2:25-cv-00156-MDC

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

9
10
11
12
13
14
15

16     _____Brent Stephen Moffett_____, Petitioner, respectfully represents to the Court:
                    (name of petitioner)

17
18

1.    That Petitioner is an attorney at law and a member of the law firm of

_____Moffett, Sims, Gauthier, & Willoughby_____
                         (firm name)

19

20    with offices at _____101 Southfield Road, Third Floor_____,
                                    (street address)

21

22    _____Birmingham_____, _____Michigan_____, _____48009_____,
              (city)                    (state)              (zip code)

23    _____248-646-5100_____, _____bmoffett@moffettsims.com_____.
       (area code + telephone number)            (Email address)

24

25    2.    That Petitioner has been retained personally or as a member of the law firm by

_____Sunbeam Products, Inc.,_____ to provide legal representation in connection with
              [client(s)]

26
27    the above-entitled case now pending before this Court.

28

Rev. 5/16

3.    That since ___November 8, 2016___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___Michigan___
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC - Eastern District MI | January 18, 2017 | P81103 |
| USDC - Western District MI | February 4, 2021 | P81103 |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

```
None
```

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7.    That Petitioner is a member of good standing in the following Bar Associations.

None

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | None | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4  _____
    Petitioner's signature

   STATE OF _Michigan_       )

5  COUNTY OF _Oakland_       )

6

7  _Brent McFell_ , Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9  _____
    Petitioner's signature

10  Subscribed and sworn to before me this

11

12  __17__ day of _February_ , _2025_ .

13  _____          Julie M Guns
    Notary Public or Clerk of Court          Notary Public of Michigan
14                                            Expires 6/20/2027
                                             Acting in the County of _Oakland_

15

16  DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
    THE BAR OF THIS COURT AND CONSENT THERETO.

17
    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
18
    believes it to be in the best interests of the client(s) to designate _Jay J. Schuttert_ ,
19                                                                        (name of local counsel)
    Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
    above-entitled Court as associate resident counsel in this action. The address and email address of
21
    said designated Nevada counsel is:
22

23  _6720 Via Austi Parkway, Suite 300_ ,
                         (street address)
24
    _Las Vegas_ , _Nevada_ , _89119_ ,
25       (city)                (state)              (zip code)

26  _702-805-0290_ , _jschuttert@efsmmlaw.com_ .
    (area code + telephone number)    (Email address)
27

28                                    4                              Rev. 5/16

1 | By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2 | agreement and authorization for the designated resident admitted counsel to sign stipulations

3 | binding on all of us.

4

5 | **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7 | The undersigned party(ies) appoint(s) Jay J. Schuttert                                    as

 | (name of local counsel)

8 | his/her/their Designated Resident Nevada Counsel in this case.

9

10

 | (party's signature)

11

 | Marc P. Clements; Vice President, Litigation

12 | (type or print party name, title)

13

 | (party's signature)

14

15

 | (type or print party name, title)

16

17 | **CONSENT OF DESIGNEE**

 | The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19

20 | Designated Resident Nevada Counsel's signature

21 | NV Bar No. 8656          jschuttert@efsmmlaw.com

 | Bar number              Email address

22

23 | APPROVED:

24 | Dated: this 25th day of   March        , 20 25.

25

26

 | UNITED STATES DISTRICT JUDGE

27

28 | 5                                              Rev. 5/16