# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Marlena Barton,

          Plaintiff,

vs.

Sunbeam Products, Inc., et al.,

          Defendants.

2:25-cv-00156-CDS-MDC

**ORDER DENYING STIPULATION**

**IT IS ORDERED that** the *Stipulated Protective Order* (ECF No. 37) is **DENIED**. The parties again fail to address the Court's Order at ECF No. 34. That order advised the parties that filing documents under seal not only requires the parties to follow the procedures set forth at Fed. R. Civ. P. 5.2 and LR IA 10-5, but to also make substantive showing under *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178- 79 (9th Cir. 2006) and its progeny. The parties, however, continue to submit a stipulation that is not compliant. To be more explicit, the parties must please revise Paragraph 10 to include the requirements under FRCP 5.2 and to make a substantive showing under *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178- 79 (9th Cir. 2006) and its progeny. The parties are granted leave and are requested to submit an amended stipulation by **May 30, 2025**.

DATED this 27th day of May 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge