**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Marlena Barton,<br>                    Plaintiff,<br>v.<br><br>Sunbeam Products, Inc., *et al.*,<br>                    Defendants. | Case No. 2:25-cv-00156-CDS-MDC<br><br>**ORDER APPROVING DEFENDANT'S SUBSTITUTION OF ATTORNEY (ECF NO. 71)** |

The Court has reviewed defendant's Sunbeam Products, Inc., Newell Brands, Inc., and Newell Brands Distribution LLC's (collectively "Sunbeam Defendants") *Substitution of Resident Attorney* ("Substitution") (ECF No. 71). The Court **APPROVES** the Substitution for the reasons below.

Defendant seeks to substitute its current resident attorney of record, Sean E. Cortney, Esq., for Dylan P. Todd, Esq., from Clyde & Co. US LLP ("Clyde"). *ECF No. 71*. Defendant seeks to substitute because Mr. Cortney is no longer employed by Clyde. *Id.* Mr. Cortney consents to the substitution and Mr. Todd consents to be being substituted in. *Id.* Finding good cause and because Sunbeam Defendants, Mr. Cortney, and Mr. Todd consent, the Court approves the Substitution.

//

//

//

//

//

//

//

//

//

//

//

1

ACCORDINGLY,

**IT IS ORDERED** that:

1.      Defendant's Sunbeam Products, Inc., Newell Brands, Inc., and Newell Brands Distribution LLC's *Substitution of Attorney* (ECF No. 71) is **APPROVED**.

2.      Dylan P. Todd, Esq., from Clyde & Co. US LLP shall be substituted in place of Sean E. Cortney, Esq. as defendant's Sunbeam Products, Inc., Newell Brands, Inc., and Newell Brands Distribution LLC's resident attorney of record in this case. This means that Sean E. Cortney, Esq shall be terminated as counsel of record for defendant and removed from CM/ECF service in this matter.

**IT IS SO ORDERED**.

Dated: March 23, 2026.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

2