**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Marlena Barton,
Plaintiff,

vs.

Sunbeam Products, Inc., *et al.*,
Defendants.

Case No. 2:25-cv-00156-CDS-MDC

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY (ECF NO. 80)**

The Court has reviewed the *Motion to Withdraw as Attorney* (ECF No. 80) ("Motion"). The Court **GRANTS** the Motion for the reasons below.

Brent Moffett, Esq. from Moffett, Sims, Gauthier & Willoughby, P.C. requests to withdraw as *pro hac vice* counsel for defendant Sunbeam Products, Inc. ("Sunbeam"). Mr. Moffett states that his withdrawal "will not result in delay of discovery, trial, or any hearing" in this case and that Sunbeam will still be represented by counsel from Clyde & Co LLP. *ECF No. 80*. Mr. Moffett also states that he served this Motion on opposing counsel and Sunbeam. *Id.* They did not file any opposition or response to the Motion. For good cause shown and because the Motion is unopposed (*see* LR 7-2(d)), Mr. Moffett's request is therefore granted.

ACCORDINGLY,

**IT IS ORDERED that:**

1. Brent Moffett, Esq.'s *Motion to Withdraw As Attorney* (ECF No. 80) is **GRANTED**.
2. Brent Moffett, Esq. from Moffett, Sims, Gauthier & Willoughby, P.C. shall be terminated as counsel of record for defendant Sunbeam Products, Inc. and removed from CM/ECF service in this matter.

DATED: September 16, 2026.

IT IS SO ORDERED.

_______________________________
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge