Jay J. Schuttert, Esq. (SBN 8656)
Brody R. Wight, Esq. (SBN 13615)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: jschuttert@efsmmlaw.com
Email: bwight@efsmmlaw.com

*Attorneys for Defendant Walmart Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARLENA BARTON,

Plaintiff

v.

SUNBEAM PRODUCTS, INC.; NEWELL BRANDS INC.; NEWELL BRANDS DISTRIBUTION LLC; WALMART INC.; and DOES 1-100, inclusive,

Defendants

**Case No. 2:25-cv-00156-CDS-MDC**

**Order Granting DEFENDANTS' Unopposed JOINT MOTION TO EXTEND DEADLINE TO FILE PRETRIAL ORDER**

**(Second Request)**

[ECF No. 85]

Defendants Walmart Inc.; Sunbeam Products, Inc., Newell Brands Distribution LLC, and Newell Brands Inc. ("Defendants"), move this Court pursuant to LR IA 6-1 and LR 26-3 for an order extending the deadline to file the joint pretrial order to in this matter due to the death of Plaintiff Marlena Barton and the pending settlement conference.[1] The current deadline to file the Pretrial order is November 9, 2026, pursuant to LR 26-1(B)(5). Defendants seek to extend the deadline 30 days from the date of the Settlement Conference currently scheduled for January 19, 2027.

[1] This Motion does not include the information required in LR 26-3 (a)-(d) because the parties are not seeking an extension of discovery deadlines, and those sections are, therefore, irrelevant.

The Decedent's prior Counsel has not signed this Motion while a motion to substitute parties is pending, but Defendants have conferred with Counsel and are informed and believe that Counsel does not oppose this Motion.

Good cause supports the requested extension on two independent grounds. First, Plaintiff Marlena Barton passed away on January 14, 2026. (ECF No. 84). While it has been nine months since her passing, Defendants only recently discovered the fact of her death and were unable to earlier move for an extensions of deadlines. There is presently no properly substituted party with authority to prepare, approve, and execute the joint pretrial order on Plaintiff's behalf rendering it impossible to file a joint pretrial order.

Second, the Court has set an in-person settlement conference for January 19, 2027. (ECF No. 83).[2] Requiring the parties to prepare the joint pretrial order before that conference would impose unnecessary expense that a settlement may render unnecessary. Given the status of the case, nature of the claims, and conversations with Plaintiffs' prior counsel, Defendants believe it is reasonably likely that the settlement conference will be successful. Extending the deadline to allow the settlement conference to proceed first serves the interests of efficiency and judicial economy.

---

[2] While it would be improper for a settlement conference to take place before the Court rules on the Motion to Substitute Parties, Defendants do not now ask to vacate the settlement conference in anticipation of receiving an order from the Court substituting the parties prior to the date of the settlement conference.

Defendants respectfully request that the deadline to file the joint pretrial order be extended to thirty (30) days after the January 19, 2027, settlement conference, that is, to **February 18, 2027**. This request is made in good faith and not for purposes of delay.

Dated: October 29, 2026.

*/s/ Brody R. Wight*
Jay J. Schuttert, Esq. (SBN 8656)
Brody R. Wight, Esq. (SBN 13615)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
*Attorneys for Defendant Walmart Inc*

*/s/ Christopher Carlsen*
Sean E. Cortney (NV Bar No. 16218)
**CLYDE & CO US LLP**
7251 W. Lake Mead Boulevard, Suite 430
Las Vegas, NV 89128

Christopher Carlsen (appearing pro hac vice)
**CLYDE & CO US LLP**
2 Grand Central Tower
140 E. 45th Street, Suite 26A
New York, New York 10017
*Attorneys for Sunbeam Products, Inc., Newell Brands, Inc., and Newell Brands Distribution LLC*

**IT IS SO ORDERED:**

Cristina D. Silva
United States District Judge

Dated: November 19, 2026